

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

JUN 0 7 2007
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

WILLIE MOSLY,

              Petitioner,

v.                                  CASE NO. 99-CV-76276-DT
                                  HONORABLE ARTHUR J. TARNOW

ROBERT KAPTURE,

              Respondent,

_____/

## ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

Willie Mosly ("Petitioner") has filed a petition for writ of habeas corpus pursuant

to 28 U.S.C. § 2254. This Court dismissed two of his claims (regarding the sufficiency of

the evidence and the trial court's factual findings) and ordered an evidentiary hearing on

his ineffective assistance of counsel claim in an order dated December 14, 2000. The

Court conducted the evidentiary hearing on January 19, 2001. Following that hearing, the

Court held this matter in abeyance to allow Petitioner to pursue a jury trial waiver claim

in the state courts. Petitioner did so and, through counsel, notified this Court on June 17,

2004 that those proceedings had been concluded. The Court then learned that Petitioner

was on escape status from his Michigan Department of Corrections placement in a

community residential program. Consequently, the Court dismissed his case on

November 10, 2004 pursuant to the "fugitive disentitlement doctrine," which allows a

court, in the exercise of its discretion, to dismiss an appeal by a defendant who has fled

from custody on a criminal conviction imposed by a court in this country. *See, e.g.,*

*Estelle v. Dorrough*, 420 U.S. 534 (1975). Several federal courts have invoked the

fugitive disentitlement doctrine to dismiss habeas petitions. *See Bagwell v. Dretke*, 376

F.3d 408, 412 (5th Cir. 2004) (citing cases).

Petitioner was subsequently returned to state custody and moved to re-open his

habeas case. The Court granted his motion and re-opened the case on September 21,

2005. Petitioner, through counsel, filed a supplement brief in support of the petition on

November 21, 2005. Respondent filed a supplemental answer on April 20, 2006.

The Court has since discovered that Petitioner absconded from parole on

September 13, 2006. *See* Offender Tracking Information System (OTIS) Offender

Profile, attached. Because Petitioner has absconded from custody a second time, the

Court will again dismiss his petition pursuant to the "fugitive disentitlement doctrine."

Dismissal is appropriate in this case due to the unenforceability of any judgment

authorizing habeas relief, the indignity visited upon the court and the rule of law, and

deterrence. Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED**.

ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

DATED: June 7, 2007

2

PURSUANT TO RULE 77(D), FRCivP
COPIES HAVE BEEN MAILED TO ALL *(Electronically mailed)*
ATTORNEYS FOR ALL PARTIES ON

JUN 0 7 2007

Cathe A. Pickles
DEPUTY CLERK

 

... Michigan.gov Home    ... New Offender Search | Return to Search Results | Contact MDOC | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION



WILLIE MOSLY

| | |
|---|---|
| MDOC Number: | 136428 |
| SID Number: | 0753313M |
| Name: | WILLIE MOSLY |
| Racial Identification: | Black |
| Gender: | Male |
| Hair: | Black |
| Eyes: | Brown |
| Height: | 6' 4" |
| Weight: | 204 lbs. |
| Date of Birth: | 10/02/1954  (52) |
| Image Date: | 4/5/2005 |

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Absconder from Parole | Supervision Begin Date: | |
| Absconded From: | Wayne/Detroit SAI Aftercare/Prob/Par | Supervision Discharge Date: | |
| Security Level: | | Abscond Date: | 09/13/2006 |

## ALIASES

DORIAN WILLIS

EARL MOSLEY

EARL MOSLEY JR

JAMES INGR

SAREEF HASSAN

SHANEEF HASSAM

SHANEFF HASSAM

SHAREEF HASSAN

SHAREEF NMN HASSAN

SHAREFF HASSAN

TONY WILDER

TONY CURTIS WILDER

## MARKS, SCARS & TATTOOS

Scar- Left Arm

Scar- Left Hip

MOSELY

| | |
|---|---|
| WILLIAM MOSLEY | |
| WILLIE MOSBY | |
| WILLIE MOSEY | |
| WILLIE E MOSEY | |
| WILLIE ESTER MOSBY | |
| WILLIE ESTER MOSBY III | |
| WILLIE ESTER MOSEY | |
| WILLY MOSELY | |

## PRISON SENTENCES

### ACTIVE

#### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Larceny Over $100 | Minimum Sentence: | 6 years 8 months 0 days |
| MCL#: | 750.356-A / 769.11 | Maximum Sentence: | 10 years 0 months |
| Court File#: | 96008042-01 | Date of Offense: | 08/20/1996 |
| County: | Wayne | Date of Sentence: | 04/11/1997 |
| Conviction Type: | Bench | | |

### INACTIVE

#### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Obtain Money, False Pretenses - Attempt | Minimum Sentence: | 1 year 6 months 0 days |
| MCL#: | 750.218 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 8812120 | Date of Offense: | 08/17/1988 |
| County: | Wayne | Date of Sentence: | 08/22/1989 |
| Conviction Type: | Bench | Discharge Date: | 02/19/1995 |
| | | Discharge Reason: | Offender Discharge |

#### Sentence 2

| | | | |
|---|---|---|---|
| Offense: | Obtain Money, False Pretenses | Minimum Sentence: | 0 years 9 months 0 days |
| MCL#: | 750.218 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 86 677635 02 | Date of Offense: | 07/29/1986 |
| County: | Wayne | Date of Sentence: | 10/29/1986 |
| Conviction Type: | Plea | Discharge Date: | 02/19/1995 |
| | | Discharge Reason: | Offender Discharge |

#### Sentence 3

| | | | |
|---|---|---|---|
| Offense: | Breaking & Entering a Building With Intent | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.110 | Maximum Sentence: | 10 years 0 months |

| Court File#: | | Date of Offense: | 06/16/1975 |
|---|---|---|---|
| County: | | Date of Sentence: | 06/16/1975 |
| Conviction Type: | Unknown | Discharge Date: | 06/01/1978 |
| | | Discharge Reason: | Offender Discharge |

## Sentence 4

| Offense: | Larceny Over $100 - Attempt | Minimum Sentence: | 1 year 0 months 0 days |
|---|---|---|---|
| MCL#: | 750.356 | Maximum Sentence: | 2 years 6 months |
| Court File#: | | Date of Offense: | 10/01/1973 |
| County: | | Date of Sentence: | 10/01/1973 |
| Conviction Type: | Unknown | Discharge Date: | 11/01/1975 |
| | | Discharge Reason: | Order Terminated, Continued on Additional Order(s) |

## PROBATION SENTENCES

### ACTIVE

None

### INACTIVE

None

## SUPERVISION CONDITIONS

Supervision Conditions are not published due to 'Absconder' status.

MICHIGAN DEPARTMENT OF CORRECTIONS ▲TOP

Michigan.gov Home | MDOC Home | Site Map | Contact MDOC | State Web Sites
Accessibility Policy | Privacy Policy | Link Policy | Security Policy
Copyright © 2001-2003 State of Michigan